# EXHIBIT B

AMERICAN ARBITRATION ASSOCIATION

In the Matter of the Arbitration between:

Joseph Piacentini,
    Claimant

Case # 01-16-0000-9482

v.

Bimbo Foods Bakeries Distribution, LLC,
    Respondent

Bimbo Bakeries USA,
    Claimant

v.

Joseph Piacentini,
    Respondent

And

Edward Giacomazzo,
    Respondent

## **CLARIFICATION OF DECISION OF FEBRUARY 17, 2017**

It is the inherent power of an Arbitrator to correct or clarify a decision if the Arbitrator thinks such a modification or clarification is appropriate.

The undersigned has reviewed the Claimant's Motion for Reconsideration dated February 28, 2017 and the response to the same, submitted to AAA by counsel for Bimbo Foods, dated March 1, 2017. The email response of Bimbo is construed as an objection to the Motion for Reconsideration.

The undersigned has reviewed the respective submissions and further, having revisited the Award and evidence, in particular the interplay between Section 11.12 of the Claimant's Distribution Agreement, Ex. 5 and Ex. 6, an amendment to the Agreement, dated June 24, 2013.

The undersigned concludes that it is more correct to reference both documents Ex. 5 and Ex. 6 in the final decision. Both sets of documents were reviewed at the time of the initial decision, but

1

the initial decision only referenced Section 11.12 which could cause confusion as to the nature of the award.

The failure to reference the Amendment (Ex. 6) does not change the Award. The Award does not provide for profits allegedly lost by the Claimant. Originally, all considerations as to the nature of the evidence were reviewed. This evaluation included the Piacentini proof of damages, the conduct of the parties, the equities to be considered, the credibility of the parties, the history of the interactions of the parties so as to determine a fair award given the totality of the circumstances.

In summary, the Award which did not award lost profits, was not just based on Section 11.12 of the 9/20/04 Distribution Agreement. The later Amendment, Ex. 6, was considered also, along with all the evidence presented.

The Decision of the undersigned remains the same, except as to what is referenced above.

The documents attached to the Motion to Reconsider, which were not part of the evidence presented at the Hearing, and which should not have been submitted, post hearing, were not considered in this clarification of the Award.

So Ordered,

_____
Hon. John R. Downey, Arbitrator

3/3/17
Date

cc:   All Counsel
      K. Jalkut, AAA

MD8658