Case 3:17-cv-00386-VAB   Document 10-18   Filed 04/10/17   Page 1 of 3

Case 3:17-cv-00386-VAB   Document 10-18   Filed 04/10/17   Page 1 of 3

# EXHIBIT Q

**From:** Puma, Michael J.
**Sent:** Wednesday, March 01, 2017 1:31 PM
**To:** Daly, Weihing & Bochanis; karenjalkut@adr.org
**Cc:** John R. Downey; rrobinson@pullman.com; bmondscheine@pullcom.com
**Subject:** RE: Joseph Piacentini v. Bimbo Foods Bakeries Distribution, LLC; Case #01-16-0000-9482

Dear Ms. Jalkut:

BFBD respectfully submits that the Motion for Reconsideration should be denied by the AAA without it even being considered by Judge Downey.

There is no AAA rule that permits such a Motion under the circumstances, which perhaps is why no rule is referenced in the Motion. To the contrary, AAA commercial rule 50 permits a party to request that an arbitrator correct a clerical, typographical or computational error. That is not the nature of the argument presented by the Motion. AAA rule 50 goes on to provide that the arbitrator may not revisit the merits of claims already decided. Here, the Motion seeks a revised ruling on the merits, which is plainly barred by rule 50.

The parties' arbitration agreement, which is in the record, does not alter this black-letter rule of procedure. To the contrary, it confirms that the arbitrator's award shall be final and binding.

The parties already litigated their arguments regarding the availability of lost profits – in summary judgment briefing, pre-hearing briefing, argument at the hearing, and in post-hearing briefing – and there is no basis under the AAA rules or the parties' arbitration agreement for Judge Downey to be asked to revisit that issue again. If BFBD is compelled to submit a formal response to the Motion and thus incur fees in briefing the issues presented by the Motion once again, it reserves all rights to request sanctions against Mr. Piacentini and/or his counsel.

Thank you for your continued attention to this matter.

**Michael J. Puma**
**Morgan, Lewis & Bockius LLP**
1701 Market Street | Philadelphia, PA 19103-2921
Direct: +1.215.963.5305 | Main: +1.215.963.5000 | Fax: +1.215.963.5001
michael.puma@morganlewis.com | www.morganlewis.com
Assistant: Annette M. Lopresti | +1.215.963.5292 | annette.lopresti@morganlewis.com

1

**From:** Daly, Weihing & Bochanis [mailto:lawdwb@sbcglobal.net]
**Sent:** Wednesday, March 01, 2017 10:10 AM
**To:** karenjalkut@adr.org
**Cc:** John R. Downey; Puma, Michael J.; rrobinson@pullman.com; bmondscheine@pullcom.com
**Subject:** Joseph Piacentini v. Bimbo Foods Bakeries Distribution, LLC; Case #01-16-0000-9482

Dear Ms. Jalkut,

Attached please find the Claimant, Joseph Piacentini's, Motion for Reconsideration directed to the Arbitration Award.

Thank you for your attention to this matter.

John T. Bochanis/ld

**LAW OFFICES**
**DALY, WEIHING & BOCHANIS**
**1776 NORTH AVENUE**
**BRIDGEPORT, CT 06604**
**(203) 333-8500 fax (203) 334-0305**
**lawdwb@sbcglobal.net**

This message originates from an attorney and/or from the law firm of Daly, Weihing & Bochanis.  The message and any file transmitted with it may contain confidential information which may be subject to the attorney-client privilege, or otherwise protected against unauthorized use.  Any disclosure, distribution, copying or use of the information by anyone other than the intended recipient, regardless of address or routing, is strictly prohibited.  If you have received this message in error, please advise the sender by immediate reply and delete the original message.